**Order filed January 19, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-11-00887-CV
_____

**RON MCGUIRE, Appellant**

**V.**

**ANTHONY TRAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1000114**

---

## O R D E R

This appeal is from an order signed October 3, 2011. Appellant filed a notice of appeal on October 7, 2011. Appellant filed a motion to proceed in forma pauperis and an affidavit of indigence with his notice of appeal. *See* Tex. R. App. P. 20.1.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

The official court reporter for the County Civil Court at Law No. 1 informed this court that no reporter's record was taken. Accordingly, the Harris County Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

PER CURIAM